**BRUCE DRAPER, Appellant, v. CROWN FRUIT COMPANY, INC., A Florida Corporation, and HELLER BROTHERS PACKING COMPANY, INC., a Florida Corporation, Appellees.**

June 4, 1946            Division B

The decree appealed from is affirmed.

**EDWARD VALENTINE PETROW, Appellant, v. KATHRYN AMMEN PETROW, Appellee.**

June 4, 1946            Division B

The decree appealed from is affirmed.

**GILBERT KURTZ, Appellant, v. THERESSA R. KURTZ, Appellee**

June 4, 1946            Division B

The decree appealed from is affirmed.

It is so ordered.

**JAMES BEN NELSON, Appellant, v. STATE OF FLORIDA, Appellee**

June 11, 1946            Division A

Affirmed.